UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| EARL RICHARD STANFIELD JR., | No. 2:17-cv-02352-TLN-GGH |
|---|---|
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| WILLIAM MUNIZ, Warden, | |
| Respondent. | |

Petitioner brings this action in pro se. The matter was referred to this United States Magistrate Judge pursuant to Local Rule 302(c)(21)/

On December 14, 2017 this court issued an Order directing Respondent to file a response to the petition and further directing that should that response be a Motion to Dismiss petitioner was to file an Opposition or Statement of Non-Opposition to the Motion within thirty (30) days of being served with the Motion. ECF No. 5 at 2:7-8. Responded filed a Motion to Dismiss on February 9, 2018. Thus one or the other of petitioner's responsive pleadings was to be filed on or about March 9, 2018. Petitioner has filed neither an Opposition nor a Statement of Non-Opposition.

In light of the foregoing IT IS HEREBY ORDERED that:

1. Petitioner shall show cause within thirty (30) days of this Order why his failure to file his Opposition or a Statement of Non-Opposition as ordered should not be deemed a waiver

1

of any opposition to the granting of the motion or he shall file an opposition.

2. Petitioner is cautioned that failure to respond timely to this Order to Show cause will lead to a recommendation that his petition shall be dismissed with prejudice;

**IT IS SO ORDERED**.

Dated: April 23, 2018

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE