UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL RICHARD STANFIIELD, JR., | No. 2:17-cv-2352-TLN-GGH |
| Petitioner, | |
| v. | ORDER |
| WILLIAM MUNIZ, Warden, | |
| Respondent. | |

Petitioner appears in this habeas corpus matter pro se. On April 24, 2018 the court issued an Order to Show Cause directing petitioner to either explain why he failed to oppose respondent's motion to dismiss or to file a statement of non-opposition to respondent's motion to dismiss filed on February 9, 2018 at ECF No. 11. ECF No. 13.

On May 4, 2018 petitioner filed a letter response to the Order to Show Cause in which he stated he did not oppose the motion to dismiss and instead requested that his petition be dismissed with prejudice along with any other petitions he has pending. The court has determined that no petitions besides the one addressed here is currently active in this court. Because no Answer or Motion for Summary Judgment has been filed by respondent, petition's letter functions as a self-executing dismissal under Federal of Civil Procedure 41(a)(1)(i).

////

////

1

In light of the foregoing, and pursuant to Federal Rule of Civil Procedure 41(a)(2), IT IS HEREBY ORDERED that:

The Clerk of the Court shall close this file.

Dated: May 25, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE